AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Jean K. Herring, | ) | |
| | ) | |
| | ) | 4:17-cv-00248-RBH |
| Plaintiff(s), | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| | ) | |
| Struthers-Dunn, LLC, | ) | |
| | ) | |
| Defendant(s). | ) | |

## SUMMARY JUDGMENT IN A CIVIL ACTION

The court has ordered that  *(check one)*:

❐ the plaintiff *(name)*_____ recover from the defendant *(name)*_____ the amount of

_____dollars ($_____), which includes prejudgment interest at the rate of _____%, plus

postjudgment interest at the date of _____%,  along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)*_____.

✔ other: Summary judgment is entered for Defendants Struthers-Dunn, LLC and this case is dismissed.


This action was  *(check one)*:
❐ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

❐ tried by Judge_____without a jury and the above decision was reached.


✔ decided by the Honorable R. Bryan Harwell, United States District Judge, who adopts in part and rejects in part the Report & Recommendation of  Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Robin L. Blume
CLERK OF COURT

By: s/ Leah Suttles

September 28, 2018